JOSEPH P. RUSSONIELLO, (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

    455 Market Street, 6th Floor
    San Francisco, California  94105-2420
    Telephone:   (415) 744-8494
    Facsimile:    (202) 481-1810 or (415) 744-6812
    Email:        edwin.joe@sba.gov

Attorneys for the federal Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | E-filing |
|     **Plaintiff,** | ) | |
| | ) | Civil Case No.  C08-02240 JSW |
| **v.** | ) | |
| | ) | |
| **ROCKET VENTURES II, SBIC, L.P.,** | ) | **PLAINTIFF'S CASE** |
| | ) | **MANAGEMENT** |
| | ) | **STATEMENT AND** |
| | ) | **PROPOSED ORDER** |
| | ) | |
|     **Defendant.** | ) | Date: August 15, 2008 |
| | ) | Time: 1:30 PM |
| _____ | ) | Ctrm: 2, 17th Floor |
| | |     450 Golden Gate Ave., |
| | |     San Jose |

    The United States of America, on behalf of its agency, the Small Business Administration ("SBA") the plaintiff in the above entitled action submits this Case Management Statement and Proposed Order and request the Court adopt it as its Case Management Order in this case.

**C08-02240 JSW – Plaintiff SBA'S Case Management Statement and Proposed Order**   1

Description of the Case

1. <u>Overview</u>:  ROCKET VENTURES II, SBIC, L.P., ("Rocket") was licensed by United States Small Business Administration ("SBA") as a Small Business Investment Company ("SBIC") under section 301 (c) of 15 U.S.C. §681(c).  SBA determined the SBIC to be capitally impaired (as that term is defined under the regulations) n 2005, and unable to cure the capital impairment by 2006.  Consequently, SBA placed Rocket in liquidation status.  SBA attempted to obtain Rocket's agreement to a Consent Order for Receivership and for SBA to be appointed Receiver by the court, but has been unable to do so despite continual efforts.

2. Thereafter, since the court has jurisdiction over SBIC receiverships, SBA filed this Receivership action on April 30, 2008, seeking appointment of SBA as Receiver of Rocket.  Subsequently, in attempts to serve the complaint, SBA discovered that Rocket was not maintaining or staffing its mailing location at 2200 Sand Hill Road, Menlo Park.  Eventually, the principal for Rocket and authorized agent for process, David Adams did make arrangements to accept service on June 24, 2008 of the complaint, summons, and initial filing documents at a different location in Los Altos, California.

3. Currently, there is approximately $27.725 million (principal) in outstanding Participating Securities purchased by SBA.

4 <u>Current Status</u>:  SBA and David Adams are engaging in discussions regarding Rocket's possible consent to the Receivership, but no agreement has yet been reached.

4. <u>Limited Partnership Defendant (In pro se)</u>: Rocket is a Limited Partnership, <u>not</u> represented by litigation counsel as required by L.R. 3-9(b), and cannot appear *in pro*

**C08-02240 JSW – Plaintiff SBA'S Case Management Statement and Proposed Order**    2

*se* nor through David Adams who is not an attorney, and has not filed its Answer to the complaint as yet. The time to file an "Answer" to the complaint expired on or after July 14, 2008 and no additional time has been requested or agreed to.

    6. <u>Injunctive Relief</u>: SBA has prepared a Motion for Temporary and Permanent Injunctive Relief and Appointment of SBA as Receiver of Rocket, but has not filed it while settlement discussions are ongoing. SBA recently received a proposal from Rocket within the last week which is currently under review by the Agency.

    If prior to the CMC date, SBA and Rocket cannot reach an agreement with Rocket's consent to the Receivership, SBA intends to file the Motion prior to the August 15, 2008 Case Management Conference date. The Motion should resolve most of the issues and clarify any facts. SBA is not aware of any disputed facts. Any remaining issues will be disposed of via motions for default or summary judgment. A trial is not anticipated as being required. There are no discovery issues, and ADR is not requested.

    7. Therefore, SBA suggests postponing or continuing the August 15, 2008, Case Management Conference approximately six months to permit time for filing and consideration of summary dispositive motions.

Dated: _July 25, 2008_____     _/s/ Edwin L. Joe_____
                                                   Edwin L. Joe
                                                   Special Assistant United States Attorney

*//*

*//*

*//*

**C08-02240 JSW – Plaintiff SBA'S Case Management Statement and Proposed Order**   3

CASE MANAGEMENT ORDER

This Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

1. The Case Management Conference for August 15, 2008 at 1:30 PM is hereby postponed until (date and time) _____.

Dated:_____      _____
                             HONORABLE JEFFREY S. WHITE
                             UNITED STATES DISTRICT JUDGE