JOSEPH P. RUSSONIELLO, (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

    455 Market Street, 6th Floor
    San Francisco, California 94105-2420
    Telephone:   (415) 744-8494
    Facsimile:   (202) 481-1810 or (415) 744-6812
    Email:   edwin.joe@sba.gov

Attorneys for the federal Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | **E-filing** |
|     **Plaintiff,** ) | | |
| ) | | Civil Case No. C08-02240 JSW |
| **v.** ) | | |
| ) | | |
| **ROCKET VENTURES II, SBIC, L.P.,** ) | | **ADR CERTIFICATION** |
| ) | | **BY PARTIES** |
| ) | | **AND COUNSEL** |
| ) | | |
| ) | | |
|     **Defendant.** ) | | **Date:** |
| ) | | **Time:** |
| _____ ) | | **Ctrm** |

    The United States of America, on behalf of its agency, the Small Business Administration ("SBA") the plaintiff in the above entitled action submits this ADR Certification as follows:

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

**C08-02240 JSW – Plaintiff SBA'S ADR CERTIFICATION**    1

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: __July 25, 2008_____        __/s/ Beverley Hazelwood Lewis_____
                                    U.S. Small Business Administration
                               BY:  Beverley Hazlewood Lewis
                                    Trial Attorney, Office of General Counsel
                                    U.S. Small Business Administration
                                    409 3rd Street, S.W., Suite 7200
                                    Washington, D.C.  20416
                                    Telephone (202) 619-1605
                                    Facsimile (202) 481- 0468


Dated: __July 25, 2008_____         __/s/ Edwin L. Joe_____
                                    Edwin L. Joe
                                    Special Assistant United States Attorney

**C08-02240 JSW – Plaintiff SBA'S ADR CERTIFICATION**           2

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 25, 2008

BY:  U.S. Small Business Administration
     Beverley Hazlewood Lewis
     Trial Attorney, Office of General Counsel
     U.S. Small Business Administration
     409 3rd Street, S.W., Suite 7200
     Washington, D.C. 20416
     Telephone (202) 619-1605
     Facsimile (202) 481-0468

Dated: July 25, 2008

Edwin L. Joe
Special Assistant United States Attorney