JOSEPH P. RUSSONIELLO, (SBN 88143)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

    455 Market Street, 6th Floor
    San Francisco, California  94105-2420
    Telephone:   (415) 744-8494
    Facsimile:   (202) 481-1810 or (415) 744-6812
    Email:      edwin.joe@sba.gov

Attorneys for the federal Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **E-filing** |
| **Plaintiff,** | ) | |
| | ) | **Civil Case No.  C08-02240 JSW** |
| **v.** | ) | |
| | ) | |
| **ROCKET VENTURES II, SBIC, L.P.,** | ) | **PROOF OF SERVICE BY MAIL** |
| | ) | |
| | ) | |
| **Defendant.** | ) | **Date:  August 15, 2008** |
| | ) | **Time:  1:30 PM** |
| _____ | ) | **Ctrm:  2, 17th Floor** |

I declare that:

I am employed in the City and County of San Francisco, State of California.  I am

over the age of eighteen years and not a party to the within action.  My business address

is United States Small Business Administration, 455 Market Street, 6th Floor, San

Francisco, CA 94105-2420.  I am readily familiar with the business practices of this

**C08-02240 JSW – Proof of Service by Mail on CMC and SBA's ADR
CERTIFICATION**
    1

office for collection and processing of correspondence by mailing with the United States

Postal Service.

On July  25, 2008, I served the within:

**(1) SBA CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER, and**
**(2) ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the parties addressed as shown below in said cause by placing a true and correct copy

thereof in sealed envelopes for collection and mailing pursuant to the ordinary business

practice of this office whereby correspondence for mailing is collected, postage is pre-

paid and depositing with the United States Postal Service on the same day at San

Francisco, California.

Rocket Ventures II SBIC, L.P
ATTN:  DAVID S ADAMS
2200 SAND HILL RD, STE 240
MENLO PARK, CA 94025


Rocket Ventures II SBIC, L.P
ATTN: DAVID S ADAMS
220 Main Street, # 206
Los Altos, CA 94022-2929



I declare under penalty of perjury under Federal law and laws of the State of

California that the foregoing is true and correct and that this declaration was executed on

July 25, 2008, at San Francisco, California.

 _/s/ Michele De Vito_____ _____
Michele De Vito
SBA Secretary

**C08-02240 JSW – Proof of Service by Mail on CMC and SBA's ADR
CERTIFICATION**

2