AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA,

V.

ROCKET VENTURES II SBIC, L. P.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 2240 JSW

TO:

ROCKET VENTURES SBIC PARTNERS, LLC
General Partner of ROCKET VENTURES II SBIC, L. P.
Management Company: Rocket Management II, LLC
DAVID ADAMS, (Managing Member), 2200 SAND HILL
RD, STE. 240, MENLO PARK, CA 94025
(See Attached)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

JOSEPH P. RUSSONIELLO, United States Attorney
JOANN M. SWANSON, Chief, Civil Division
EDWIN L. JOE, Special Assistant United States Attorney

455 Market Street, 6th Floor
San Francisco, CA 94105-2420
(415) 744-8494

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

APR 3 0 2008

DATE

Attachment to SUMMONS – USA v. ROCKET VENTURES II SBIC, L.P.

To:

ROCKET VENTURES II SBIC, L.P. (Continued)

REGISTERED AGENT FOR SERVICE:
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HWY
DOVER, DE   19901


Rocket Ventures SBIC Partners, L.L.C
General Partner of ROCKET VENTURES II SBIC, L.P.
REGISTERED AGENT FOR SERVICE:
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HWY
DOVER, DE   19901


Management Company:
Rocket Management II, LLC
2200 Sand Hill Road, Ste. 240
Menlo Park, CA  94025

AO 440 (Rev. 10/93) Summons in a Civil Action

UNITED STATES OF AMERICA VS. ROCKET VENTURES II SBIC, L.P.    CASE # CV08 2240

## RETURN OF SERVICE

| | |
|---|---|
| PLEASE SEE ATTACHED LIST OF DOCUMENTS SERVED<br>Service of the Summons and Complaint was made by me [1] | DATE<br>6-24-08    11:01AM |
| Name of SERVER (PRINT)<br>ERIC SCHAPER | TITLE<br>REGISTERED CALIFORNIA PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X]  Served Personally upon the Defendant. Place where served: ROCKET VENTURES II SBIC, L.P.
    220 MAIN ST., #206
    LOS ALTOS, CA

[X]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left
    DAVID ADAMS, MANAGING MEMBER, AUTHORIZED AGENT FOR SERVICE OF PROCESS

[ ]  Returned unexecuted:

[ ]  Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6-27-08
    Date

QUEST DISCOVERY SERVICES
SANTA CLARA, REG#886

Signature of Server
981 RIDDER PARK DR.
SAN JOSE, CA 95131
Address of Server
408-441-7000
SANTA CLARA, REG#1159

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# List of Documents Served
SJM801569

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Notice of Lawsuit and Request for Waiver of Service of Summons (blank), Welcome to the U.S. District Court San Francisco, ECF Registration Information Handout