UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: JEFFREY S. WHITE**

**Date**: August 15, 2008

**Case No:** C 08-02240 JSW

**Case Title**: UNITED STATES v. ROCKET VENTURES II SBIC, L.P.

**Appearances:**

    For Plaintiff(s): Edwin Joe

    For Defendant(s): no appearance

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Kathy Wyatt

## PROCEEDINGS

1. Initial Case Management Conference - held

## SUMMARY

- Defense counsel has not entered any appearance due to the nature of the case.
- Counsel shall determine whether or not to move for default or file a stipulation and order regarding resolution of receivership and file a status report by 09/12/08.