United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROCKET VENTURES II SBIC, L.P.

    Defendant.
_____/

No. C 08-02240 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On September 4, 2008, this Court approved the parties' Stipulation for Receivership and Consent Order. On September 11, 2008, the United States filed a status report, and there has been no further action. It is HEREBY ORDERED that the parties shall submit a joint status report to the Court by March 20, 2009, advising the Court of the status of this matter and whether it may be closed.

**IT IS SO ORDERED.**

Dated: March 13, 2009

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE