IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROCKET VENTURES II SBIC, L.P.

    Defendant.

No. C 08-02240 JSW

**ORDER ADMINISTRATIVELY CLOSING CASE**

On March 19, 2009, the parties submitted a joint status report in which they advised the Court that the Court can *sua sponte* administratively close the case and that the Receiver will request to re-open the case, if necessary, for further proceedings in this matter. The Clerk of the Court is directed administratively to close the case for statistical purposes.

**IT IS SO ORDERED.**

Dated: March 23, 2009

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE