Gregory C. Nuti (Bar No. 151754)
E-Mail: gnuti@schnader.com
Joseph J. Orzano (Bar No. 262040)
E-Mail: jorzano@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorney for United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCKET VENTURES II SBIC, L.P.,<br><br>    Defendant. | Case No. C08-02240 JSW<br><br>**ORDER (1) APPROVING RECEIVER'S RECOMMENDED PRIORITY OF PAYMENT OF CLAIMS; AND (2) AUTHORIZING PAYMENT OF APPROVED CLAIMS** |

This matter came before the Court on the motion for an order (1) Approving the Receiver's Recommended Priority of Payment of Claims; and (2) Authorizing Payment of Approved Claims (the "Motion") filed by the U. S. Small Business Administration ("SBA" or "Receiver") as receiver for Rocket Ventures II SBIC, LP ("Rocket SBIC"). After reviewing the pleadings,

/ / /

PHDATA 3313637_1

1
Order Approving Receiver's Recommended Priority of Payment of Claims and Authorizing Payment ...

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**; and

2. The case is re-opened for the purpose of entry of this order; and

2. The Receiver's recommended priority of claims is **APPROVED**; and

3. The Receiver is authorized to pay the following claims in the following order of priority, to the extent of available receivership assets, and the following claims are hereby **APPROVED**:

    a) <u>First</u>, any and all administrative expenses of the receivership estate as reported in the Receiver's Reports to this Court;

    b) <u>Second</u>, any future outstanding Receiver's Certificates, should the Receiver make such borrowings from the SBA in the future, plus accrued interest; and

    c). <u>Third</u>, to the SBA, the sole Preferred Limited Partner, in the amount of $27,725,000, representing the principal amount of outstanding Participating Securities Leverage.

4. After the expenses and claims in paragraphs (a) through (c) above are paid in full, any surplus shall be distributed to the equity shareholders of Rocket SBIC in accordance with the Agreement of Limited Partnership.

5. To the extent the claim submitted by Rijete Pty. Ltd. has not been resolved on the date this order becomes final, the Receiver is ordered to reserve funds sufficient to pay the claim pending a determination of the Receiver's motion for summary disposition denying the claim. Nothing herein shall bar the Receiver from otherwise distributing funds consistent with this order, provided the funds are reserved as required in this paragraph.

6. This Order is final with respect to all claimants, as well as all other persons who failed to file claims pursuant to the terms of the Court's Order establishing the Claims Bar Date, and all such persons shall be forever barred and shall be permanently enjoined from asserting, pursuing or prosecuting any pre-Bar Date Claim against Rocket SBIC, the Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver.

///

PHDATA 3313637_1

2
Order Approving Receiver's Recommended Priority of Payment of Claims and Authorizing Payment ...

7. The case is now administratively closed, and the Receiver may re-open the case at a later time, if necessary, for further proceedings in this matter.

Dated: September 2, 2010

*Jeffrey S. White*
**HONORABLE JEFFREY S. WHITE**
UNITED STATES DISTRICT JUDGE