Gregory C. Nuti (Bar No. 151754)
E-Mail: gnuti@schnader.com
Joseph J. Orzano (Bar No. 262040)
E-Mail: jorzano@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorney for United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKET VENTURES II SBIC, L.P.,<br><br>Defendant. | Case No. C08-02240 JSW<br><br>**ORDER DENYING CLAIM OF RIJETE PTY. LTD.** |

This matter came before the Court on the motion (the "Motion") to re-open the case for summary disposition denying the claim of Rijete Pty. Ltd. filed by the U. S. Small Business Administration ("SBA" or "Receiver") as receiver for Rocket Ventures II SBIC, LP ("Rocket SBIC"). After reviewing the pleadings,

///

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**; and

2. The case is re-opened for the purpose of entry of this order; and

3. The claim of Rijete Pty. Ltd. is hereby denied; and

4. To the extent the Receiver has reserved funds for payment of the claim submitted by Rijete Pty. Ltd. pending resolution of the claim, the Receiver is hereby authorized to distribute those funds consistent with the Court's Order (1) Approving the Receiver's Recommended Priority of Payment of Claims; and (2) Authorizing Payment of Approved Claims.

5. The case is now administratively closed, and the Receiver may re-open the case at a later time, if necessary, for further proceedings in this matter.

The Court FURTHER ORDERS that the hearing scheduled for October 22, 2010 is VACATED.

Dated: October 19, 2010

**HONORABLE JEFFREY S. WHITE**
UNITED STATES DISTRICT JUDGE

Order Denying Claim of Rijete Pty Ltd

PHDATA 3316595_1