Gregory C. Nuti (Bar No. 151754)
gnuti@schnader.com
T. Scott Tate (Bar No. 118427)
state@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl. Bar No. 0125539)
Arlene.embrey@sba.gov
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKET VENTURES II SBIC, L.P.,<br><br>Defendant. | Case No. C08-02240 JSW<br><br>**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE FOURTH RECEIVER'S REPORT**<br><br>Date: February 8, 2013<br>Time: 9:00 a.m.<br>Location: 450 Golden Gate Ave.<br>Courtroom 11, 19th Floor<br>San Francisco, CA 94102<br>Judge: Hon. Jeffrey S. White |

ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE
FOURTH RECEIVER'S REPORT                                                   PHDATA 4131851_1

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

-2-

1   This matter comes before the Court on the motion of the U.S. Small Business
2   Administration ("SBA") as Receiver ("Receiver") for Rocket Ventures II SBIC, L.P. ("Rocket
3   SBIC") to re-open the case for entry of an order approving and confirming the Fourth Receiver's
4   Report for the Period October 1, 2011 through September 30, 2012, and this Court being duly
5   advised as to the merits,

6   IT IS HEREBY ORDERED THAT:

7   1.   The Receiver's Motion For Entry of an Order Approving and Confirming the
8   Fourth Receiver's Report is **GRANTED**; and

9   2.   This Court APPROVES AND CONFIRMS the Fourth Receiver's Report for the
10  Period October 1, 2011 through September 30, 2012, and the actions and the activities of the
11  Receiver as reported therein.

12  **IT IS SO ORDERED.**

14  Dated: February 6, 2013

    _____
    HONORABLE JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE
FOURTH RECEIVER'S REPORT                                                    PHDATA 4131851_1