Gregory C. Nuti (Bar No. 151754)
gnuti@schnader.com
T. Scott Tate (Bar No. 118427)
state@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl. Bar No. 0125539)
Arlene.embrey@sba.gov
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for United States Small Business Administration
in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROCKET VENTURES II SBIC, L.P.,<br><br>　　　　　Defendant. | Case No. C08-02240 JSW<br><br>**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER:**<br>**(1) APPROVING AND CONFIRMING THE SIXTH AND FINAL RECEIVER'S REPORT,**<br>**(2) DISCHARGING THE RECEIVER, AND**<br>**(3) TERMINATING THE RECEIVERSHIP** AS MODIFIED HEREIN AND VACATING HEARING DATE<br><br>Date:　　December 11, 2015<br>Time:　　9:00 a.m.<br>Location:　1301 Clay Street<br>　　　　　Courtroom 5, 2nd Floor<br>　　　　　Oakland, CA 94612<br>Judge:　　Hon. Jeffrey S. White |

PHDATA 5512056_1

ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE SIXTH & FINAL RECEIVER'S REPORT

This matter comes before the Court on the motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for Rocket Ventures II SBIC, L.P. ("Rocket SBIC") to re-open the case for entry of an order (1) approving and confirming the Sixth and Final Receiver's Report for the Period October 1, 2013 through October 31, 2015, (2) discharging the Receiver and (3) terminating the receivership estate, and this Court being duly advised as to the merits,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion For Entry of an Order Approving and Confirming the Sixth and Final Receiver's Report is **GRANTED**; and

2. This Court APPROVES AND CONFIRMS the Sixth and Final Receiver's Report for the Period October 1, 2013 through October 31, 2015, and the actions and the activities of the Receiver as reported therein.

3. This Court confirms that the Receiver has complied with the Orders of the Court dated September 4, 2008 ("Receivership Order") and August 3, 2015 ("Wind-Up Order") as more fully described in the Receiver's Motion and Sixth and Final Report.

4. Control of Rocket Ventures II SBIC, L.P. shall be unconditionally transferred and returned to its general partner upon entry of this Final Order.

5. The stay and injunction imposed by paragraphs 7 and 8 of the Receivership Order are hereby lifted.

6. All claims against and obligations of (a) Rocket Ventures II SBIC, L.P. , (b) the Rocket Ventures II SBIC, L.P. receivership estate, (c) the Rocket Ventures II SBIC, L.P. Receiver and its current and former agents and attorneys, arising from or relating in any way to the Receivership shall be discharged upon entry of this Final Order.

7. The Rocket Ventures II SBIC, L.P. receivership is hereby terminated, SBA is discharged as Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any other person who acted on behalf of the Receiver, are hereby discharged and released from any and all claims, obligations and liabilities arising from or relating to the activities, conduct or

management and operation of Rocket and the Rocket receivership estate upon entry of this Final Order.

The Receiver shall serve a copy of this Final Order

8. ~~A copy of this Final Order shall be served~~ upon the general partner and limited partners of Rocket and served on the appropriate federal and state tax offices, as well as the Delaware Secretary of State.   The Receiver also shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: November 30, 2015

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700